

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00088-CR

Carlos Eusebio Gomez
v.
The State of Texas

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-2849-21-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and vacated in part.  The Court orders the judgment of the trial court AFFIRMED IN PART and VACATED IN PART, in accordance with its opinion.

We further order this decision certified below for observance.

July 5, 2024